Kim COBB, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 99732.

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 11, 2014.

Before LAWRENCE E. MOONEY, P.J., ROBERT G. DOWD, JR., J., and SHERRI B. SULLIVAN, J.

### ORDER

PER CURIAM.

Kim Cobb, Jr., appeals the motion court's denial of his Rule 24.035 motion for post-conviction relief. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, setting forth the

reasons for this order. We affirm. Rule 84.16(b)(2) & (5).